# EXHIBIT 2
# (REDACTED)

UNITED STATES

       v.                   **AFFIDAVIT OF ANTHONY GENTILE**
                                **RE: GOOGLE GEOFENCE DATA**

ISRAEL EASTERDAY

1.      I am a Digital Forensic Analyst at Envista Forensics in Columbia, South Carolina. In this capacity, I provide consulting and analytical services to defense attorneys, prosecutors, and plaintiff attorneys in the areas of historical cell site location analysis, mobile device forensics, and call detail record analysis. Coming from a law enforcement background, I have analyzed historical call detail records, pen register trap & traces, E-911 location data, and timing advance records of every major carrier in both historical location analysis cases and in real time during investigations involving fugitive apprehension, missing persons, and exigent circumstances in hundreds of cases. I have analyzed historical call records and historical cell site location information and have rendered conclusions as they pertain to criminal and civil cases.

2.      I am a Cellebrite Certified Operator (CCO). I have over eight years of experience in the analysis of historical call detail records, mobile device forensics, and other types of records from wireless telephone systems.

3.      I have qualified and testified as an expert in historical cell site location analysis, call detail records analysis, and mobile device forensics.

4.      I was retained for a case involving a Google Geofence and I analyzed all the documents provided by the government through discovery. These documents were provided to me by defense counsel. Defense counsel also provided a map report created by law enforcement with an attachment labeled "RAW DATA." This report depicts the

1

Google Geofence location event analysis for Google Account ID 909698292668. I have found the documents provided by the government in discovery to be lacking the original files and data received from Google as a result of their search warrants and court orders.

5.      There is a document from Google received through discovery dated 01/14/21, addressed to Detective John Bamford Arlington County Police Department. As stated therein, this document is in reference to "Search Warrant dated January 13, 2021 (Google Ref. No. 5243665) wf-3368514." On page five, pictured below, it is labeled "Attachment A: Hash Values for Production Files (Google Ref. No. 5243665). There are three documents listed labeled 5243665.Location.1.csv, 5243665.Location.2.csv, and 5243665.Location.3.csv. Accompanying each file name is the hash value listed below it. The hash value is a series of numbers and letters uniquely assigned to the file by the author when the file is created and saved. If the file is altered or corrupted, the hash value will change. Therefore, you can compare the author's hash value with the current hash value of the file and verify if it has been altered in any way.



6.      The government did not provide the files listed in this letter from Google which would allow us to verify the integrity of the files containing the data used to create a map report by the government. In the map report labeled "G_DeviceID_-1625321776.pdf" pages two through four are labeled "RAW DATA" which contains the information displayed in the map. We cannot verify it because it did not come from Google in this format. The only way to verify the accuracy of the data is to view the properties of the file and match the current hash value to the hash value that Google provided in their letter. This cannot be done without the original file from Google.

**Conclusion**

7.      After reviewing the files provided through discovery, it is my professional opinion that the original files were not provided in this case. As noted above, there is no other way to verify the accuracy of the data used by the government to create a map report than to investigate the original files from Google.

This the 30th day of May 2023.

_____
Anthony Gentile
Digital Forensic Analyst