UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:22-cr-404 (JEB) |
| ISREAL EASTERDAY, | |
| Defendant. | |

## UNITED STATES' PROPOSED VERDICT FORM

We, the members of the jury, unanimously find defendant Isreal Easterday:

**Count One:  Civil Disorder**

\_\_\_\_\_  Guilty                            \_\_\_\_\_  Not Guilty


**Count Two:  Assaulting, Resisting, or Impeding Officer Pollitt Using a Dangerous Weapon or Causing Bodily Injury**

\_\_\_\_\_  Guilty                            \_\_\_\_\_  Not Guilty

If you find the defendant *not guilty* of Count Two, then proceed to Count Two (a).
If you find the defendant *guilty* of Count Two, then skip Count Two (a) and proceed to Count Three.

**Count Two (a):    Assaulting, Resisting, or Impeding Officer Pollitt**

\_\_\_\_\_  Guilty                            \_\_\_\_\_  Not Guilty

1

**Count Three:** **Assaulting, Resisting, or Impeding Officer Acevedo Using a Dangerous Weapon or Causing Bodily Injury**

_____ Guilty                              _____ Not Guilty

If you find the defendant *not guilty* of Count Three, then proceed to Count Three (a).
If you find the defendant *guilty* of Count Three, then skip Count Three (a) and proceed to Count Four.

    **Count Three (a):**     **Assaulting, Resisting, or Impeding Officer Acevedo**

    _____ Guilty                              _____ Not Guilty

**Count Four:** **Entering and Remaining in a Restricted Building or Grounds with a Dangerous Weapon**

_____ Guilty                              _____ Not Guilty

If you find the defendant *not guilty* of Count Four, then proceed to Count Four (a).
If you find the defendant *guilty* of Count Four, then skip Count Four (a) and proceed to Count Five.

    **Count Four (a):**     **Entering and Remaining in a Restricted Building or Grounds**

    _____ Guilty                              _____ Not Guilty

**Count Five:** **Disorderly or Disruptive Conduct in a Restricted Building with a Dangerous Weapon**

_____ Guilty                              _____ Not Guilty

If you find the defendant *not guilty* of Count Five, then proceed to Count Five (a).
If you find the defendant *guilty* of Count Five, then skip Count Five (a) and proceed to Count Six.

    **Count Five (a):**     **Disorderly or Disruptive Conduct in a Restricted Building or Ground**

    _____ Guilty                              _____ Not Guilty

**Count Six:** **Engaging in Physical Violence in a Restricted Building or Grounds with a Dangerous Weapon**

\_\_\_\_\_ Guilty                              \_\_\_\_\_ Not Guilty

If you find the defendant *not guilty* of Count Six, then proceed to Count Six (a).
If you find the defendant *guilty* of Count Six, then skip Count Six (a) and proceed to Count Seven.

**Count Six (a):**     **Disorderly or Disruptive Conduct in a Restricted Building**

\_\_\_\_\_ Guilty                              \_\_\_\_\_ Not Guilty

**Count Seven:** **Disorderly or Disruptive Conduct in a Capitol Building**

\_\_\_\_\_ Guilty                              \_\_\_\_\_ Not Guilty

**Count Eight:** **Act of Physical Violence in the Capitol Grounds or Building**

\_\_\_\_\_ Guilty                              \_\_\_\_\_ Not Guilty

**Count Nine:** **Parading, Demonstrating, or Picketing in a Capitol Building**

\_\_\_\_\_ Guilty                              \_\_\_\_\_ Not Guilty

SO SAY WE ALL.

Signed this _____ day of_____, 2023.

_____
Foreperson

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Senior Trial Counsel, Capitol Siege Section
Assistant United States Attorney
Florida State Bar No. 1026025
United States Attorney's Office, Detailed
601 D Street, N.W.
Washington, DC 20001
Phone: (813) 274-6370
E-mail: Michael.Gordon3@usdoj.gov

*/s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov