CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) ) ) ) ) ) |

ISREAL EASTERDAY

Civil/Criminal No.: __22CR404-JEB__

**NOTE FROM JURY**

PLEASE SEND US THE LIST OF AGREED STIPULATIONS.

Date: __10/26/2023__

Time: __2:43 PM__

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | Civil/Criminal No.: __22CR404-JEB__ |
|  | ) |  |
| ISREAL EASTERDAY | ) |  |
|  | ) |  |

### NOTE FROM JURY

(#1) IN RESPECT TO COUNT 4 ELEMENT 3, COUNT 5 ELEMENT 5, AND COUNT 6 ELEMENT 3: " IF THE OBJECT IS CAPABLE OF CAUSING SERIOUS INJURY OR DEATH TO ANOTHER PERSON AND THE DEFENDANT INTENDED TO USE IT IN THAT MANNER..." WHICH MANNER? IS THE DEFENDANT INTENDING TO USE IT TO CAUSE SERIOUS BODILY INJURY? OR IS THE DEFENDENT INTENDING TO USE IT AS A WEAPON, THAT COULD, IN THEORY, CAUSE SERIOUS BODILY INJURY? Does "that manner" refer to a manner that is "capable of causing serious injury"?

Date: 10/26/2023

Time: 3:35 PM

**QUESTION #1**

President and the immediate family of the Vice President. For this count, an object is a "dangerous or deadly weapon" if the object is capable of causing serious bodily injury or death to another person and the defendant intended to use it in that manner. A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident. In deciding whether Mr. Easterday knowingly entered or remained in a restricted building, you may consider all of the evidence, including what Mr. Easterday did, said or perceived. A person who enters or remains in a restricted area with a good faith belief that he is entering or remaining with lawful authority is not guilty of this crime.

Just like the last count, you should first consider whether Mr. Easterday is guilty of the greater offense of entering or remaining in a restricted building or grounds with a dangerous or deadly weapon. If you find him not guilty of that offense, you should next consider whether he is guilty of entering or remaining in a restricted building or grounds without a dangerous or deadly weapon. And if, after making all reasonable efforts to reach a verdict on the first charge, you are not able to do so, you are allowed to consider the lesser charge.

### Count V: Disorderly or Disruptive Conduct in a Restricted Building or Grounds With a Dangerous or Deadly Weapon

Count V charges Mr. Easterday with disorderly or disruptive conduct in a restricted building or grounds with a dangerous or deadly weapon. The Government must prove beyond a reasonable doubt that:

1. Mr. Easterday engaged in disorderly or disruptive conduct;

2. He did so knowingly and with the intent to impede or disrupt the orderly conduct of Government business or official functions;

3. His conduct was in a restricted building or grounds;

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) ) ) |
| ISREAL EASTERDAY | ) ) ) |

Civil/Criminal No.: __22CR404-JEB__

### NOTE FROM JURY

#2) ON PAGE 12 OF INSTRUCTIONS, DISCUSSES THE TERM "SERIOUS BODILY INJURY." IS THERE ADDITIONAL CLARITY THAT CAN BE PROVIDED IN REGARDS TO "EXTREME PHYSICAL PAIN?" FOR EXAMPLE: ANY FURTHER DEFINITION, COMPARISON, OR ~~PROCEDEC~~ PRECEDENT?

Date: 10/26/2023

Time: 3:35 PM

FOREPERSON



inflict or to threaten injury. Injury means any physical injury, however small, including a touching offensive to a person of reasonable sensibility.

The terms "resist," "oppose," "impede," "intimidate," and "interfere with" carry their everyday, ordinary meanings.

The term "bodily injury" means an injury that is painful and obvious, or is of a type for which medical attention ordinarily would be sought.

An object may be a "deadly or dangerous weapon" in one of two ways. First, an object is a deadly or dangerous weapon if it is inherently or obviously dangerous or deadly. Such inherently dangerous weapons include guns, knives, and the like. Second, if the object is not inherently or obviously dangerous or deadly, an object is a deadly or dangerous weapon if the object is capable of causing serious bodily injury or death to another person and the defendant used it in that manner. The term "serious bodily injury" means bodily injury that involves a substantial risk of death; extreme physical pain, medical intervention such as surgery, hospitalization, or physical rehabilitation; protracted and obvious disfigurement; or protracted loss or impairment of the function of a bodily member, organ, or mental faculty.

It is not necessary to show that the defendant knew the person being forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with was, at that time, carrying out an official duty so long as it is established beyond a reasonable doubt that the officer was, in fact, carrying out an official duty and that the defendant intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with that officer.

Now I am going to instruct you as to the order in which you should consider the above offenses. You should consider first whether the defendant is guilty of assaulting, resisting, or

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) ) ) ) ) ) |

Civil/Criminal No.: __22CR404-JEB__

ISREAL EASTERDAY

## **NOTE FROM JURY**

WE HAVE A VERDICT.

Date: 10/26/2023

Time: 4:43 PM

FOREPERSON