UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISREAL EASTERDAY,<br><br>Defendant. | Criminal Action No. 22-404 (JEB) |

## VERDICT FORM

Count I
How do you find the Defendant on the charge of Civil Disorder?

\_\_\_X\_\_\_ Guilty    _____ Not Guilty

Count II
How do you find the Defendant on the charge of Assaulting, Resisting, or Impeding Officer Pollitt Using a Deadly or Dangerous Weapon?

\_\_\_X\_\_\_ Guilty    _____ Not Guilty

*If you answered "Guilty," proceed to Count III. If you answered "Not Guilty," proceed to the next question.*

How do you find the Defendant on the charge of Assaulting, Resisting, or Impeding Officer Pollitt With Physical Contact?

_____ Guilty    _____ Not Guilty

Count III
How do you find the Defendant on the charge of Assaulting, Resisting, or Impeding Officer Acevedo Using a Deadly or Dangerous Weapon?

\_\_\_X\_\_\_ Guilty    _____ Not Guilty

*If you answered "Guilty," proceed to Count IV. If you answered "Not Guilty," proceed to the next question.*

1

How do you find the Defendant on the charge of Engaging in Physical Violence in a Restricted Building or Grounds?

_____ Guilty    _____ Not Guilty

Count VII
How do you find the Defendant on the charge of Disorderly Conduct in a Capitol Building?

____X____ Guilty    _____ Not Guilty

Count VIII
How do you find the Defendant on the charge of Act of Physical Violence in the Capitol Grounds or Buildings?

____X____ Guilty    _____ Not Guilty

Count IX
How do you find the Defendant on the charge of Parading, Demonstrating, or Picketing in a Capitol Building?

____X____ Guilty    _____ Not Guilty

3