# 22-cr-404-JEB USA v. EASTERDAY
## Admitted Exhibit List
### October 26, 2023

| Ex. No. | Description of Exhibit |
|---|---|
| **Government** | |
| **100 Series** | **Montages** |
| 103 | Certification Montage with Congressional Record.mp4 |
| 104 | USCP 15 minute Montage with Radio Runs w captions.mp4 |
| | |
| **200 Series** | **General Evidence for January 6** |
| 201 | Aerial Diagram of Capitol Grounds.pdf |
| 202 | Overview Map of Capitol Building and Grounds.jpg |
| 203 | Overview Map of Capitol Building and Grounds with Restricted Area Outlined.pdf |
| 204 | West Front with fencing.pdf |
| 205 | Close-up of Area Closed sign on bike rack barricade.jpg |
| 206 | Area Closed sign on Capitol grounds fencing.png |
| 207 | Multiple area closed signs on fencing on Capitol grounds.jpg |
| 208 | Area Closed sign on green snow fencing.JPG |
| 209 | Area Closed sign on bike rack barricade at Peace Circle during breach.JPG |
| 210 | Photo of Capitol with snow fencing in forefront and signs in background.JPG |
| 211 | US Capitol Floor Plan (Floor 2).pdf |
| 212 | US Capitol Floor Plan (Floor 3).pdf |
| 214 | East Front Time Lapse.mp4 |
| 215 | US Capitol 3D Rendering |
| | |

**22-cr-404-JEB USA v. EASTERDAY**
**Admitted Exhibit List**
**October 26, 2023**

| Ex. No. | Description of Exhibit |
|---|---|
| **300 Series** | **CCTV** |
| 301 | CCTV Tower.mp4 |
| 302 | E USCD LA Dome East.mp4 |
| 303 | E USCG 00 CVC Elevator Tower North-2021-01-06_13h55min00s000ms.mp4 |
| 304 | USCG_00_CVC_Elevator_Tower_North_-_2021-01-06_19h08min47s.mp4 |
| 305 | I USCS 02 Rotunda Door Interior-2021-01-06_14h35min00s000ms.asf |
| 306 | I USCS 02 Rotunda Door Interior - w Open Source - Treatment Version.mp4 |
| 307 | I USCH 03 Gallery Stairs-2021-01-06_14h40min00s000ms (Climb).asf |
| 309 | I USCH 03 East Corridor near H306-2021-01-06_14h40min00s000ms.asf |
| 310 | I USCH 02 Rotunda Door Interior-2021-01-06_14h35min00s000ms.asf |
| 311 | I USCD 02 Rotunda South-2021-01-06_14h46min00s000ms.asf |
| 312 | I USCS 02 Rotunda Door Interior-2021-01-06_14h48min00s000ms.asf |
| | |

## 22-cr-404-JEB USA v. EASTERDAY
### Admitted Exhibit List
### October 26, 2023

| Ex. No. | Description of Exhibit |
|---|---|
| **400 Series** | **Open Source** |
| 401 | Def Photo in Tree |
| 402 | Def Stair Climb with Flag (RFIRN - YouTube) |
| 403 | Def East Terrace w Phone (Jason Allen Media).mpeg4 |
| 404 | Def Chemical Spray No. 1 Clip - 512.01 |
| 405 | Def Chemical Spray No. 1 Clip - 512.01 - Treatment Version |
| 405a | Def Chemical Spray No. 1 Clip - 512.01 - Treatment Version_Still |
| 405b | Def Chemical Spray No. 1 Clip - 512.01 - Treatment Version_Still |
| 406 | 20 Min Clip East Rot Doors (210107 USA LAURA USA CAP WASH) |
| 408 | Def Chemical Spray No. 2 Clip (210107 LAURA USA CAP WASH) - Treatment Version |
| 408a | Def Chemical Spray No. 2 Clip (210107 LAURA USA CAP WASH) - Treatment Version_Still |
| 409 | Def Inside East Rotunda Door (Parler tXIzFNM5yp9f).mp4- |
| 411 | Def Post Cap Exit_bTZISxkK39sH_cvt |
| 412 | West Front Mid Riot.JPG |
| 413 | East Front Mid Riot.JPG |
| 414 | East Front Mid Riot (w Easterday Flag).JPG |
| 415 | East Front Mid Riot (Angle from South) |
| 416 | Ofc Pollitt falling |
|  |  |
| **500 Series** | **Social Media - Search Warrant Returns** |
| 502 | Google Search Demo Ex.pptx |
| 505 | Excerpt_FaceBook_Page 66_Acct Deactivate-Reactivate.pdf |
| 507 | Excerpt_FaceBook_Page 2_Acct Deactivate-Reactivate |

# 22-cr-404-JEB USA v. EASTERDAY
## Admitted Exhibit List
## October 26, 2023

| Ex. No. | Description of Exhibit |
|---|---|
| | |
| **600 Series** | **Secret Service Exhibits** |
| 601 | Lanelle Hawa 1.5.21 Email.pdf |
| 602 | USSS Head of State Notif. Worksheet.pdf |
| 603 | CCTV Motorcade Moving East Side of the Cap.mp4 |
| 605 | USSS Radio Run.mp4 |
| | |
| **Joint** | |
| **Stip No.** | **Stipulation Description** |
| 2 | Stipulation of the Parties on the Electoral College Vote |
| 3 | Stipulation of the Parties on the Civil Disorder |
| 4 | Stipulation of the Parties on Safeway Stores and Interstate Commerce |
| 5 | Stipulation of the Parties on Federally Protected Functions |
| 6 | Stipulation of the Parties on Officers from the United States Capitol Police |
| 7 | Stipulation of the Parties on United States Capitol Police Closed Circuit Video Monitoring |
| 8 | Stipulation of the Parties on House and Senate Compilation Video |
| | |