IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>ISREAL JAMES EASTERDAY, )<br>Defendant. )<br>) | Case No. 1:22-cr-00404<br>Hon. James E. Boasberg |

## CONSENT MOTION TO EXTEND TIME FOR FILING POST-TRIAL MOTIONS

Israel Easterday, by counsel, hereby respectfully moves this Court pursuant to the provisions of Rules 29, 33, and 45(b) of the Federal Rules of Criminal Procedure for entry of an Order extending the time for filing post-trial motions until December 8, 2023. In support of this motion, Mr. Easterday states as follows:

1. On October 23 through October 26, 2023, Mr. Easterday stood trial and was convicted of offenses including violations of 18 U.S.C. § 111(b) arising from conduct that occurred on January 6, 2021.

2. Because of other matters before the Court, a transcript of trial proceedings apparently cannot be prepared within fourteen days of the jury verdict, and may not be available until at the earliest 30 days after the verdict.

3. For this reason, Mr. Easterday requests additional time to file post-trial motions until December 8, 2023.

4. Undersigned counsel has consulted with Assistant U.S. Attorneys Michael Gordon and Samantha Miller, and the government does not object to this

request.

WHEREFORE, Mr. Easterday respectfully requests that the Court enter an Order to extend the time for filing post-trial motions until December 8, 2023.

                Respectfully submitted,

                Israel Easterday

                By Counsel

                _____/s/_____
                Geremy C. Kamens, Esq.
                Counsel for Defendant
                Virginia Bar # 41596
                Federal Public Defender
                Office of the Federal Public Defender
                1650 King Street, Suite 500
                Alexandria, Virginia 22314
                tel. (703)600-0800
                fax (703)600-0880
                Geremy_Kamens@fd.org