UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISREAL EASTERDAY,<br><br>Defendant. | Criminal Action No. 22-404 (JEB) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Defendant's [45] Motion to Suppress is DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: January 18, 2024

1