**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No. 1:22-cr-404 (JEB)** |
| **ISREAL EASTERDAY,** : | |
| : | |
| **Defendant.** : | |

**UNITED STATES' *UNOPPOSED* MOTION TO CONTINUE SENTENCING**

Sentencing is currently scheduled to occur on April 1, 2024. Undersigned lead counsel for the government will be in trial on another case that week, however. Accordingly, the United States of America respectfully moves this Court to continue sentencing to the soonest date that is mutually convenient for the Court and the parties.

The government has conferred with the Defendant, who does not object to this brief continuance. Counsel for the defendant shares that she will be in trial the week of April 15, 2024.

WHEREFORE, the government respectfully requests that the Court continue sentencing to the week of April 22, 2024, or to a date thereafter that is mutually convenient for the Court and the parties.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney, Detailee
Florida Bar No. 1026025
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
michael.gordon3@usdoj.gov
(813) 274-6000

2

SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

BENJAMIN J. SMITH
Assistant United States Attorney
New York Bar No. 5220637
U.S. Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Benjamin.smith4@usdoj.gov