# EXHIBIT 1
# (SENTENCING VIDEO)