# EXHIBIT 2
# (ISREAL LETTER)

March 14, 2024

Honorable Judge James Boasberg,
The United States District Court
Washington, DC

Honorable Judge Boasberg,

I must begin by extending my deepest apologies to society, the court, and most importantly those affected by my actions. They were merely carrying out their duties, upholding the law, and ensuring the safety of the people present that day. I am totally consumed by remorse for the decisions I made on that day.  There is no justification for the reprehensible behavior I exhibited, nor can I offer any excuses for the harm I inflicted.  The mindset that drove me to such extremes are indefensible, and for that, I am truly sorry.

My remorse extends beyond the confines of this courtroom, to my family and my devoted wife, to whom I owe an immense debt of apology for the pain and distress my foolishness has undoubtedly caused on them. Due to my irresponsible acts on that day, my wife and I have been forced to depend on my father financially. We owe my father several thousand dollars, despite my efforts to support my family by building and selling approximately 8 sheds. Using donated, used, and leftover construction materials gathered from my family and friends, I managed to build a home for my wife, who will be alone and waiting for my return so we can start a family, a plan that we now put on hold. My elderly and wonderful father has been forced to stretch his monthly VA disability salary not only to support me and my wife, but also to support his second wife and their children.
I have learned so much from this difficult time in my life and I can only count the days until I can return to my wife and family, where I can go to work every day to earn a salary to support my family and to repay the money I owe to my father. More importantly, I aim to regain the pride that he and my family always had in me.

Your honor, I humbly ask for your mercy and understanding as I confront the consequences of my actions.  I am prepared to accept whatever punishment the court deems appropriate, and I pledge to use this experience as an opportunity for personal growth and redemption.

With sincere regret and contrition,
Isreal EasterDay
Isreal Easterday
Bonnieville, KY